UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD J ALLISON,<br><br>　　　　　　　　　　Plaintiff<br><br>　v.<br><br>CLARK COUNTY DETENTION CENTER MEDICAL PSYCHIATRIC DEPT,<br><br>　　　　　　　　　　Defendant | Case No. 2:20-cv-01707-GMN-NJK<br><br>ORDER |

According to the Clark County Detention Center ("CCDC") inmate database, Plaintiff is no longer at the address listed with the Court. A *pro se* party "must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

Accordingly, Plaintiff must file his updated address with the Court, no later than **May 12, 2021**.

If Plaintiff fails to timely comply with this order, this case may be dismissed without prejudice.

DATED: April 12, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE